**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Fort Lauderdale Division**
www.flsb.uscourts.gov

In re:   **PAMELLA B. WATSON,**　　　　　　　　　　　Case No. 19-20814-JKO
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter   13
　　　　　　　Debtor
_____/

**OBJECTION TO CLAIM ON SHORTENED NOTICE**

*IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION*
*TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the debtor objects to the following claim filed in this case:

***CLAIM NO, 9 DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE.**  Debtor is in the process of preparing and filing her returns for tax years 2016, 2017 and 2018, and has estimated that there will be no tax liability for those tax years, therefore, the priority tax claim should be stricken and disallowed.*

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this court set forth in Local Rule 2090-1(A).

Dated:  January 29, 2020

　　　　　　　　　　　　　　　　　　　　　　　**MARY JO RIVERO, P.A.**
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Debtor(s)
　　　　　　　　　　　　　　　　　　　　　　　1806 N. Flamingo Road, Ste. 355
　　　　　　　　　　　　　　　　　　　　　　　Pembroke Pines, FL 33028
　　　　　　　　　　　　　　　　　　　　　　　(954) 704-9332
　　　　　　　　　　　　　　　　　　　　　　　ecf@maryjorivero.com

　　　　　　　　　　　　　　　　　　　　　　　By: */s/ Mary Jo Rivero*
　　　　　　　　　　　　　　　　　　　　　　　　　　Mary Jo Rivero
　　　　　　　　　　　　　　　　　　　　　　　　　　Fla. Bar No. 745870

LF-70 (rev. 12/01/09)